UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARK GILLIS,

                    Plaintiff,

           -against-

CITY OF NEW YORK; and JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                    Defendants.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 3 1 2015 ★
BROOKLYN OFFICE

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

15 CV 2140 (CBA) (RLM)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), plaintiff Mark Gillis hereby voluntarily dismisses this action.

Dated:    July 29, 2015
           New York, New York

                              HARVIS WRIGHT & FETT LLP
                              *Attorneys for plaintiff Mark Gillis*
                              305 Broadway, 14th Floor
                              New York, New York 10007

                              By:_____
                              Baree N. Fett

*[Handwritten: Clerk of the Court is directed to close this case. So Ordered]*

s/Carol Bagley Amon

7/30/15